**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-7509

NIGEL MACCADO,

Plaintiff - Appellant,

versus

NICOLE JOLLEY, Library Clerk; DOUGLAS C.
DENENYNS, Director (Warden); ROSALIND ROBERTS,
Deputy Director; DOCTOR SHARMA, Jail House
Doctor,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.
(CA-04-73-8-AW)

Submitted:  March 24, 2005        Decided:  March 29, 2005

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Nigel MacCado, Appellant Pro Se.  Kevin Bock Karpinski, Matthew
Douglas Peter, ALLEN, KARPINSKI, BRYANT & KARP, Baltimore,
Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Nigel MacCado appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See MacCado v. Jolley, No. CA-04-73-8-AW (D. Md. Aug. 27, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED